# United States District Courts

## WESTERN DISTRICT OF TEXAS

United States of America                                    **WARRANT FOR ARREST**

v.

(1) Carlos Andres Hernandez-Angeles          Case Number:
DR:24-M -03578(1)

**To: The United States Marshal**
   **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest          (1) Carlos Andres Hernandez-Angeles
                                                                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description)

*The defendant, Carlos Andres HERNANDEZ-Angeles, was arrested by Border Patrol Agents, on November 29, 2024 for being an alien illegally present in the United States. Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 12/14/2023 through Alexandria, La. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.*

*in violation of Title*          **8**          United States Code, Section(s)          **1326(a)(1)**

MATTHEW H. WATTERS                                          UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                                            Title of Issuing Officer

_____                     December, 02, 2024 DEL RIO, Texas
Signature of Issuing Officer                                      Date and Location

Bail Fixed at $    DETAIN                    by          MATTHEW H. WATTERS
                                                                                Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received   December 02, 2024 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest   November 29, 2024 | BROWN, WESLEY   Border Patrol Agent | /s/ BROWN, WESLEY |